IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM M. LEONHAUSER | : |
| | : Civil Action No. 1:11-cv-0341 |
| Plaintiffs, | : |
| | : Judge William W. Caldwell |
| v. | : |
| | : Magistrate Judge Mannion |
| RONALD A. LONG, M.D., et al. | : |
| | : **Filed Via Electronic Case Filing** |
| Defendants | : |

## ORDER OF COURT

NOW, this 23rd day of May 2011, upon consideration of Corrections Defendant Dreibelbis' *Motion to Stay Discovery* and Brief in support thereof, it is hereby **ORDERED** that the Motion is **GRANTED** and discovery is stayed pending the final disposition of Corrections Defendant Dreibelbis' *Motion to Dismiss* the Plaintiff's Complaint.

BY THE COURT:

_____ J.