WILLIAM M. LEONHAUSER,
EN-9387
SCI-Smithfield
P.O. Box 999
1120 Pike Street
Huntingdon, PA 16652

JULY 11, 2011

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PA
C/O HONORABLE JUDGE CALDWELL
   U.S. DISTRICT COURT
UNITED STATES COURTHOUSE
P.O. Box 1148
235 N. WASHINGTON AVENUE
SCRANTON, PA 18501

**FILED
SCRANTON**

JUL 15 2011

PER _____
DEPUTY CLERK

RE: LEONHAUSER V. LONG, et al, C.A. No. <u>1:11-CV-00341</u>

<u>WITHHOLDING/DENYING ACCESS TO MEDICAL RECORDS - REQUESTING COURT ORDER</u>

Dear Judge Caldwell:

   Your Honor, On June 27, 2011 the respondents Counsel filed a Motion to Dismiss my Civil Action listed above. The Respondents claim that I failed to state a claim which could be granted and I failed to establish Deliberate Indifference, all under the Federal Rules of Appellate Procedures (Rule 12(b)).

   Sir, contained within my Medical Records are four separate pages which clearly establish that "On four separate occasions Doctor's Doll and Long were told to Discontinue the "Lo-Pressor Medication, as it could kill me," and on four separate occasions they did Discontinue the Medication, **however** Respondents Counsel has failed to inform the Court that on "Four Separate Occasions, <u>**both** Drs. Doll and Long re-prescribed the "Lo-Pressor at **Double the orginal Dosage**)</u> after being told that giving the Plaintiff this Medication could kill him.

   Within my Medical records are <u>**"Four Separate Pages"**</u> which confirms the above issuing of Medication and establishes for the Court a clear factual Deliberate indifference case, and further shows that Respondents Counsel has stated a knowingly False Statement to the Court in an attempt to have Plaintiff's Civil Action Dismissed.

   The problem at present is that the Administrative Staff and the medical Department here at SCI-Smithfield are now preventing me from having any access to my Medical Records, and claim that I <u>**must have**</u> a **"COURT ORDER"** to review or to copy anything from my Medical Records.

   <u>**THEREFORE,**</u> Your Honor, to save my Civil Action from being dismissed, I need a Court Order, authorizing me to obtain the four pages within said Medical File to prove my case to the Court. Would your Honor Please provide me with a Court Order to that effect.??

PAGE # 2:

Once the Plaintiff is permitted to obtain Photocopies of the Four Pages from his Medical iles, the Plaintiff will return to the required area before he can submit the Recorded Evidence,

Plaintiff will submit a Objective to Respondent's Motion to dismiss once Plaintiff has been able to secure the Medical Files, or no later than the end of this month.

Would Your Honor Please issue the requested and required Court Order.

                      Respectfully Submitted By:

                      William M. Leonhauser,
                      Petitioner, Pro-Se
                      EN-9387
                      P.O. Box 909
                      1120 Pike Street
                      Huntingdon, PA 16652

CC: Attorneys; Stone
           Monugiello
    File



NAME  STEVEN JOHNSON
NUMBER  GA-7368
State Correctional Institution at Smithfield
P.O. Box 999, 1120 Pike Street
Huntingdon, PA 16652

INMATE MAIL
A DEPARTMENT
OF CORRECTIONS

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PA
  C/O HONORABLE Wm. Caldwell,
      Judge, District Court
  U.S. Courthouse
  P.O. Box 999
  235 N. Washington,
  SCRANTON, PA 18504