**WILLIAM LEONHAUSER,**
**EN-9387**
SCI-Smithfield
P.O. Box 999
1120 Pike Street
Huntingdon, PA 16652

August 18, 2011



UNITED STATES DISTRICT COURT
Middle District of PA
C/O Ms. Mary E. D'Andrea,
     Clerk of Courts
U.S. Courthouse
P.O. Box 1148
235 North Washington Avenue
Scranton, PA 18503

RE: DENIAL OF ACCESS TO THE COURT-INTERFERENCE WITH CIVIL ACTION (BY STATE OFFICIALS)
INRE: CASE # 1:11-CV-00341

Dear Ms. D'Andrea:

   **On August 8, 2011** the Honorabl Magistrate Judge Mannion issued an Order that I was to filed with the Court the Motion for a Curt Order along with Proof of Service that each Defendants Attorney's were served in a proper manner.

   On August 17, 2011, I filed the Motion for the Court Order, along with a Copy of said Motion being sent to each Defendant's Attorney of Record. **HOWEVER,** On The evening of August 17, 2011 the Institution's Mailroom returned a single Copy of the Motion for the Court Order which was in a Large Manila Envelop (Sealed), with a Note attached stating **"DENIED OVER THE LIMIT."**

   On the Morning of August 18, 2011, I was informed that **"I am not permitted to mail anything out of the Institution without** first having **it Authorized by the Administrative Assistant"** also I am not permitted to serve any Motions, Petitions, or Documents on the Opposing party or their Counsel.

   I was further informed that the Institution's Mailroom will not allow me to mail anything to the Court's unless it is approved by the Staff here at Smithfield (this is the reason for my Letter being inside Elsworth Groff's envelope).

   Would you please provide the copy of this letter to the MAGISTRATE JUDGE MANNION ?

   My Constitutional Rights of Access to the Court and Interference with my Civil Action by State Official's are being placed in Jeopardy.

I believe that the Third Circuit Court of Appeals ruled on such an issue in Rauser V. Horn, 241 F.3d 330,333 (3d Cir. 2001).    I am in need of the Court's Order, in order to obtain the Medical Records, as well as to being able to serve the Opposing party with Motions, Petitions, etc, as well as to mail in to the Court all necessary documents, which as of now is being restricted by the Administrative Assistant and the mailroom here at SCI-Smithfield.

Your assistance in this matter is requested at this time. I look forward in hearing from you or someone from your staff, and hopefully Magistrate Judge Mannion will issue the Court Order that I need to resolve these matters. I remain.

                    Sincerely Yours,

                    William M. Leonhauser,
                       Plaintiff Pro-Se

CC: MAGISTRATE JUDGE MANNION
      File

NAME   ELSWORTH L. GROFF, Jr.

NUMBER   AK-8768
State Correctional Institution at Smithfield
P.O. Box 999, 1120 Pike Street
Huntingdon, PA 16652

INMATE MAIL
PA DEPARTMENT
OF CORRECTIONS



RECEIVED
SCRANTON

AUG 23 2011

PER _____
MARY
DEPUTY CLERK

UNITED STATES POSTAGE
02 1W
000800S5977   AUG 18 2011
$ 00.44⁰
MAILED FROM ZIP CODE 16652

1830351334 C002

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PA
C/O Ms. MARY E. D'ANDREA,
   Clerk of Court
U.S. Courthouse
P.O. Box 1148
235 North Washington Ave.
Scranton, PA 18503