## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WILLIAM M. LEONHAUSER,** : | |
| **Plaintiff** : | |
| : | **CIVIL ACTION NO. 1:11-0341** |
| v. : | |
| : | **(CALDWELL, D.J.)** |
| **ROBERT A. LONG, M.D.;** : | **(MANNION, M.J.)** |
| **CHRISTINE DOLL, M.D.; and** | |
| **WILLIAM DREIBELBIS, C.H.A.C.,** : | |
| **Defendants** : | |

## <u>O R D E R</u>[1]

Before the court is a motion requesting the defendants to be ordered to produce to plaintiff copies of his medical records, (Doc. No. 39), as well as a letter regarding mailing restrictions which plaintiff claims were placed upon him by the defendants, (Doc. No. 40). The defendants have filed a response. (Doc. No. 42).

Having reviewed the filings, it appears that the correction defendants have followed their procedural manual, including DC-ADM 803, which is rationally based upon the needs of the institution. It further appears that the plaintiff had virtually exhausted his monthly indigent mail resources which need to be better managed by him, in order to meet his legal mailing needs.

---

[1] For the convenience of the reader of this document in electronic format, hyperlinks to the court's record and to authority cited have been inserted. No endorsement of any provider of electronic resources is intended by the court's practice of using hyperlinks.

The court finds no need to address this issue further.

With regard to the request that the court enter an order requiring the defendants to supply the plaintiffs with copies of his medical records free of charge, the defendants have produced a rationally based policy in DC-ADM 003 concerning the release of information and the appropriate copying charges to be assessed to the requesting inmate. Because inmates, even indigent inmates, have no Constitutional right to have their litigation funded by the State, the motion is **DENIED IN PART.** If the institution determines that the plaintiff is unable to afford the cost of copies, in light of the relatively small number of medical records requested by the plaintiff, the defendants will be required to allow the plaintiff a reasonable period of time to hand copy the medical records he wishes to use as exhibits in support of his case.

*s/Malachy E. Mannion*
**MALACHY E. MANNION**
**United States Magistrate Judge**

Dated: September 21, 2011

O:\shared\ORDERS\2011 ORDERS\11-0341-07.wpd