UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM M. LEONHAUSER,<br>    Plaintiff | :<br>:<br>: |
| v. | : CIVIL NO. 1:11-CV-0341 |
| ROBERT A. LONG, M.D., CHRISTINE<br>DOLL, M.D., AND WILLIAM<br>DREIBELBIS, C.H.A.C.,<br>    Defendants | :<br>:<br>:<br>:<br>: |

*O R D E R*

AND NOW, this 7th day of February, 2012, upon consideration of the report and recommendation of the magistrate judge (Doc. 45), filed January 4, 2012, to which no objections were filed, and upon independent review of the record, it is ordered that:

1. The magistrate judge's report (Doc. 45) is adopted.

2. Defendant Dreibelbis's motion to dismiss the plaintiff's complaint (Doc. 15) is GRANTED.

3. The above-captioned case is remanded to the magistrate judge for further proceedings.

                                   /s/ William W. Caldwell
                                   William W. Caldwell
                                   United States District Judge